UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY BELCHER,<br><br>                   Plaintiff,<br>v.<br><br>LEZLIE PICKETT, *et al*.<br><br>                  Defendants. | CASE NO. C11-5452RBL/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER:

Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff is not an inmate and the prison litigation reform act repayment provisions do not apply to him. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 28th day June, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1