UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TROY E BELCHER,

          Plaintiff,

    v.

LEZLIE PICKETT.

          Defendant.

CASE NO. C11-5452-RBL-JRC

ORDER REGARDING DEPOSITIONS

This 42 U.S.C. §1983 civil rights matter, has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.  Plaintiff has filed a document he titled "depositions." (ECF No. 19). In the document, plaintiff requests that he be allowed to depose several persons.

The Court considers motions brought by the parties and makes rulings on those motions. Thus, any document requesting Court action should be clearly labeled as a motion and noted for hearing.  Plaintiff should consult the Rules of Federal Civil Procedure and the United States District Court for the Western District of Washington Local Rules.

ORDER REGARDING DEPOSITIONS - 1

1  Plaintiff is advised, however, that the Court does not set depositions and if plaintiff
2  wishes to depose persons, he needs to take the proper steps under the Federal Rules.  A motion to
3  the court is not necessary.

4

5  Dated this 8th day of December, 2011.

6

7

8  _____
   J. Richard Creatura
9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24