UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY E BELCHER,<br><br>               Plaintiff,<br><br>    v.<br><br>LEZLIE PICKETT et al.,<br><br>               Defendants. | CASE NO. C11-5452-RBL-JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY |

      This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the Court to compel defendants to answer discovery that plaintiff sent to the defendants on December 16, 2011 (ECF No. 21). Defendants have responded and contend the discovery was not sent in a timely fashion pursuant to the Court's scheduling order (ECF No. 24, *citing* ECF No. 16).

      The Court's scheduling order stated that discovery cutoff in this case was December 30, 2011. The Court stated:

> Service of responses to interrogatories and to requests to produce, and the taking of depositions shall be completed by this date. Federal Rule of Civil Procedure

33(b)(3) requires answers or objections to be served within thirty (30) days after service of the interrogatories. The serving party, therefore, must serve his/her interrogatories at least thirty (30) days before the deadline in order to allow the other party time to answer.

(ECF No. 16).

Plaintiff admits his discovery was not sent until mid December. Plaintiff needed to have sent the discovery prior to November 30, 2011, for it to have been a timely request. The motion to compel is DENIED.

Dated this 2nd day March, 2012.

J. Richard Creatura
United States Magistrate Judge